**Order entered July 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00877-CV

## IN RE THOMAS GENE BROWN D/B/A B&B CONSTRUCTION CO, Relator

**Original Proceeding from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 56631-86**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus, **DENY** relator's petition for writ of prohibition, and **DENY** relator's request for emergency relief.

/s/     LESLIE OSBORNE
JUSTICE